# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   YVETTE D LIGON                              Case No.: 07-14923

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 08/17/2007.

2) This case was confirmed on 10/01/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/23/2012.

6) Number of months from filing to the last payment:  60

7) Number of months case was pending:  65

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    19,225.00

10) Amount of unsecured claims discharged without payment $   19,792.67

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 28,670.00 |
| Less amount refunded to debtor | $ 470.00 |
| **NET RECEIPTS** | $ 28,200.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,900.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,762.80 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,662.80 |
| Attorney fees paid and disclosed by debtor | $ 600.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC BANK USA/ OCWEN | OTHER | NA | NA | NA | .00 | .00 |
| DEUTSCHE BANK NATL T | SECURED | 23,539.00 | 23,915.16 | .00 | .00 | .00 |
| DEUTSCHE BANK NATL T | SECURED | NA | 410.22 | .00 | .00 | .00 |
| WASHINGTON MUTUAL | SECURED | 93,362.00 | 91,837.57 | .00 | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 10,905.00 | 17,718.30 | 16,889.84 | 16,889.84 | 3,279.83 |
| CAPITAL ONE AUTO FIN | UNSECURED | 5,984.84 | .00 | 828.46 | 276.74 | .00 |
| ACCOUNT MANAGEMENT S | OTHER | .00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 147.00 | NA | NA | .00 | .00 |
| SBC ILLINOIS | UNSECURED | 824.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF HUM | UNSECURED | 10,327.00 | 3,950.00 | 3,950.00 | 1,319.46 | .00 |
| CINGULAR WIRELESS CH | UNSECURED | 1,757.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT BUREAU ACCOUN | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| ROSELAND COMMUNITY H | UNSECURED | 453.00 | NA | NA | .00 | .00 |
| CENTRIX RESOURCE SYS | UNSECURED | 3,153.00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SE | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 789.00 | 836.26 | 836.26 | 279.34 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| DOUBLEDAY BOOK CLUB | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| ER SOULTIONS INC | OTHER | .00 | NA | NA | .00 | .00 |
| FARMERS INSURANCE | UNSECURED | 51.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECAST SETTLEMENT COR | UNSECURED | 641.00 | 691.56 | 691.56 | 231.01 | .00 |
| IQ TELECOM | UNSECURED | 154.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 27.00 | NA | NA | .00 | .00 |
| IQ TELECOM INC | OTHER | .00 | NA | NA | .00 | .00 |
| KEYSTONE ORTHOPEDICS | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| KMART | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| LOAN EXPRESS CO | UNSECURED | 498.00 | 498.65 | 498.65 | 166.58 | .00 |
| LOAN EXPRESS CO | UNSECURED | 193.00 | NA | NA | .00 | .00 |
| ANESTHESIA | UNSECURED | 203.00 | NA | NA | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | 1,548.00 | NA | NA | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 1,831.00 | 1,893.53 | 1,893.53 | 632.51 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 62.00 | NA | NA | .00 | .00 |
| NCO MEDCLR | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,287.00 | 1,382.74 | 1,382.74 | 461.89 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 116.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| OAKLAWN RADIOLOGY IM | UNSECURED | 159.00 | NA | NA | .00 | .00 |
| PALMER REIFLER & ASS | OTHER | .00 | NA | NA | .00 | .00 |
| PENCREDIT CORP | OTHER | .00 | NA | NA | .00 | .00 |
| PLAZA FINANCE | UNSECURED | 193.00 | NA | NA | .00 | .00 |
| PROFESSIONAL BUREAU | OTHER | .00 | NA | NA | .00 | .00 |
| PROVIDIAN NATIONAL B | OTHER | .00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS IN | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| REVENUE PRODUCTION M | OTHER | .00 | NA | NA | .00 | .00 |
| ORTHOSPINE CENTER | UNSECURED | 480.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 62.00 | NA | NA | .00 | .00 |
| SUBURBAN ER PHYSICIA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| MONEY MARKET PAYDAY | UNSECURED | 219.00 | NA | NA | .00 | .00 |
| UNIVERSITY PATHOLOGI | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| UNIVERSAL CASUALTY | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| UNIVERSAL LENDERS IN | UNSECURED | 1,206.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | OTHER | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | SECURED | NA | 37.03 | .00 | .00 | .00 |
| RACHEL NEAL | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 16,889.84 | 16,889.84 | 3,279.83 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 16,889.84 | 16,889.84 | 3,279.83 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 10,081.20 | 3,367.53 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,662.80 |
| Disbursements to Creditors | $ | 23,537.20 |
| **TOTAL DISBURSEMENTS:** | $ | 28,200.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/07/2013          /s/ Tom Vaughn
                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**  : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**